IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00374-RPM
Civil Action No. 05-cv-00835-RPM

VALLEY FORGE INSURANCE COMPANY, and
ZURICH AMERICAN INSURANCE COMPANY, a successor in interest to Zurich Insurance Company (U.S. Branch),

        Plaintiffs,

v.

HEALTH CARE MANAGEMENT PARTNERS, LTD., d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION;
ORCR, INC. d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION, INC.;
O'HARA REGIONAL CENTER FOR REHABILITATION;
SOLOMON HEALTH MANAGEMENT, LLC, d/b/a SOLOMON HEALTH SERVICES, LLC;
HERSCH "ARI" KRAUSZ;
DAVID SEBBAG and
V. ROBERT SALAZAR,

        Defendants.

---

**ORDER GRANTING VALLEY FORGE INSURANCE COMPANY AND ZURICH AMERICAN INSURANCE COMPANY'S UNOPPOSED JOINT MOTION TO ENFORCE JUDGMENT AND TO RELEASE AND DISBURSE THE SUPERSEDEAS CASH BONDS ON DEPOSIT WITH THE COURT**

---

        This matter is before the court on Plaintiffs Valley Forge Insurance Company and Zurich American Insurance Company's Unopposed Joint Motion to Enforce Judgment and to Release and Disburse the Supersedeas Cash Bonds on Deposit with the Court. (Docket No. 40). Having considered the motion,

4825-6172-1608.4

IT IS ORDERED that Valley Forge Insurance Company and Zurich American Insurance Company's Unopposed Joint Motion to Enforce Judgment and to Release and Disburse the Supersedeas Cash Bonds on Deposit with the Court (Docket No. 40) is granted for the reasons set forth in the Joint Motion.

IT IS FURTHER ORDERED that the Clerk of the Court disburse the $825,000 cash bond deposited by Health Care Management Partners, Ltd., d/b/a O'Hara Regional Center for Rehabilitation, ORCR, Inc. d/b/a O'Hara Regional Center for Rehabilitation, Inc., Hersch "Ari" Krausz and David Sebbag (collectively, "Health Care Management Partners") on June 26, 2009 in connection with Civil Action No. 1:05-cv-00374-RPM (Docket Nos. 60 and 64), as follows:

1. disburse to Valley Forge $818,564.67, payable to "Valley Forge Insurance Company" c/o one of its attorneys, Sean D. Baker, Wheeler Trigg O'Donnell LLP, 1801 California Street, Suite 3600, Denver, CO 80202-2617; and

2. disburse the remainder of the cash bond, including accrued interest, less the registry fee assessment, payable to "Health Care Management Partners," c/o one of its attorneys, Richard D. Podoll, Podoll & Podoll, Suite 1100, 5619 DTC Parkway, Greenwood Village, CO 80111.

IT IS FURTHER ORDERED that the Clerk of the Court disburse the $143,000 cash bond deposited by V. Robert Salazar ("Salazar") on June 26, 2009 in connection with Civil Action No. 1:05-cv-00374-RPM (Docket Nos. 61 and 63), as follows:

1. disburse to Valley Forge $140,272.36, payable to "Valley Forge Insurance, Company" c/o one of its attorneys, Sean D. Baker, Wheeler Trigg O'Donnell LLP, 1801 California Street, Suite 3600, Denver, CO 80202-2617; and

2. disburse the remainder of the cash bond, including accrued interest, less the registry fee assessment, to Salazar, payable to "V. Robert Salazar" c/o one of his attorneys, T. Jeffrey Fitzgerald, Faegre & Benson LLP, 1700 Lincoln Street, Suite 3200, Denver, CO 80203.

IT IS FURTHER ORDERED that the Clerk of the Court disburse the $840,000 cash bond deposited by Health Care Management Partners on June 26, 2009 in connection with Civil Action No. 1:05-cv-00835-RPM (Docket Nos. 25 and 29), as follows:

1. disburse to Zurich $832,334.37, payable to "Zurich American Insurance Company, claim no. 941-0169533" c/o one of its attorneys Patrick W. Kennison, Kutak Rock LLP, 1650 Farnam Street, Omaha, Nebraska 68102; and

2. disburse the remainder of the cash bond, including accrued interest, less the registry fee assessment, payable to "Health Care Management Partners" c/o one of its attorneys, Richard D. Podoll, Podoll & Podoll, Suite 1100, 5619 DTC Parkway, Greenwood Village, CO 80111.

IT IS FURTHER ORDERED that the Clerk of the Court disburse the $125,000 cash bond deposited by Salazar on June 26, 2009 in connection with Civil Action No. 1:05-cv-00835-RPM (Docket Nos. 26 and 28), as follows:

1. disburse to Zurich $122,269.88, payable to "Zurich American Insurance Company, claim no. 941-0169533" c/o one of its attorneys Patrick W. Kennison, Kutak Rock LLP, 1650 Farnam Street, Omaha, Nebraska 68102; and

2. disburse the remainder of the cash bond, including accrued interest, less the registry fee assessment, to Salazar, payable to "V. Robert Salazar" c/o one of his attorneys, T. Jeffrey Fitzgerald, Faegre & Benson LLP, 1700 Lincoln Street, Suite 3200, Denver, CO 80203.

Dated this 1st day of March, 2011.

BY THE COURT:

s/Richard P. Matsch

_____